**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:15-cv-02366-JCM-GWF |
| vs. ) ) | **ORDER** |
| CLARENCE MOSES WILLIS, *et al.*, ) ) | |
| Defendants. ) ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 10, 2015. Defendant Ernest Aldridge filed a Motion to Dismiss (#34) on February 3, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 4, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 25th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge