# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

       Plaintiff,

vs.

CLARENCE MOSES WILLIS, *et al.*,

       Defendants.

Case No. 2:15-cv-02366-JCM-GWF

**ORDER**

       This matter is before the Court on Plaintiff's Motion to Quash Subpoenas (#42), filed on February 29, 2016. To date, no party has filed a response to this motion and the time for opposition has now expired.

       On or about February 17, 2016, Defendant Ernest C. Aldridge ("Defendant") mailed Plaintiff's counsel seven Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of the Premises ("Subpoenas"). *See Motion (#42), Exhibit A.* The Subpoenas requested production of the documents by March 1, 2016. Plaintiff now requests that the Court quash the Subpoenas for several reasons. First, Plaintiff argues that the Subpoenas are premature because the parties have yet to hold a Rule 26(f) conference. Second, Plaintiff asserts that Defendant should have served requests for production of documents pursuant to Rule 34, and that Defendant's use of a Rule 45 subpoena was an attempt to circumvent the rules of discovery. Third, Plaintiff argues that the information sought, especially that relating to its counsel, is irrelevant and used as a tool to harass its counsel. Fourth, Plaintiff asserts that Defendant did not provide a sufficient amount of time to respond to the Subpoenas because much of the information sought is not in the possession of Plaintiff's counsel. Finally, Plaintiff argues that the Subpoenas should be quashed because they were not personally served on non-parties Laurel I. Handley and Krista J. Nielson. The Court

agrees.  Defendant's Subpoenas seek information more properly sought through Rule 34 requests for production of documents, they are premature, and the information requested from Plaintiff's counsel is irrelevant and harassing in nature.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Quash Subpoenas (#42) is **granted**.

**IT IS FURTHER ORDERED** that the hearing scheduled for Monday, April 4, 2016 is **vacated**.

DATED this 1st day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge