UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CLARENCE MOSES WILLIS, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:15-CV-2366 JCM (GWF)<br><br>ORDER |

Presently before the court are *pro se* defendant Clarence Willis' motions for extension of time to file an answer to plaintiff's complaint. (Docs. # 33, 36). As defendant has already filed his answer to plaintiff's complaint (doc. #39), the motions are moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motions for extension of time, (docs. #33, 36), be, and the same hereby are, DENIED as moot.

DATED April 14, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**