1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7
8
9
10
11
12

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                                          Plaintiff(s),

        v.

ERNEST C. ALDRIDGE, et al.,

                                          Defendant(s).

Case No. 2:15-CV-2366 JCM (GWF)

ORDER

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Presently before the court are defendant Clarence Moses Willis's motions to extend time to answer or otherwise respond. (ECF Nos. 33, 36). Also before the court is defendant Ernest Aldridge's motion to dismiss. (ECF No. 34).  Defendant Willis has since filed an answer to plaintiff's complaint (ECF No. 39). In response to defendant Aldridge's motion to dismiss, plaintiff filed an amended complaint. (ECF No. 41). Therefore, all three motions are now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Willis's motions to extend time (ECF Nos. 33, 36) be, and the same hereby are, DENIED as moot.

IT IS FURTHER ORDERED that defendant Aldridge's motion to dismiss (ECF No. 34) is DENIED as moot.

DATED June 14, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge