# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION, )
)
    Plaintiff, )    Case No. 2:15-cv-02366-JCM-GWF
)
vs. )    **ORDER**
)
CLARENCE MOSES WILLIS, *et al.*, )
)
    Defendants. )

This matter is before the Court on Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 85), filed on August 22, 2016. No opposition has been filed. The Court conducted a hearing on September 13, 2016.

Extensions of time may be granted for good cause shown. Plaintiff requests an 180 day extension to complete discovery. The Court finds good cause for an extension has been shown. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 85) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **March 17, 2017**
2. Last date to amend pleadings and add parties: **December 18, 2016**
3. Last date to file interim status report: **January 17, 2017**
4. Last date to disclose experts: **January 17, 2017**
5. Last date to disclose rebuttal experts: **February 17, 2017**
6. Last date to file dispositive motions: **April 14, 2017**

. . .

. . .

7. Last date to file joint pretrial order: **May 12, 2017**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 14th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge