# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Plaintiff,<br><br>vs.<br><br>CLARENCE MOSES WILLIS, *et al.*,<br><br>       Defendants. | Case No. 2:15-cv-02366-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Willis' Motion for Protective Order (ECF No. 86), filed on August 22, 2016. Plaintiff filed its Opposition (ECF No. 98) on September 2, 2016. The Court conducted a hearing on September 13, 2016.

Pursuant to Fed. R. Civ. P. 26(c), a motion for a protective order sought by a party or by the person from whom discovery is sought needs to be accompanied by a certification that the moving party has "in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action." Pursuant to LR 26-7(c), "discovery motions will not be considered unless the movant (1) has made a good-faith effort to meet and confer . . . before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and-confer conference about each disputed discovery request."

Defendant has not certified his compliance with the meet and confer requirements of Fed. R. Civ. Pro. 26(c) or LR 26-7(c) or shown that he in good faith conferred or attempted to confer with Plaintiff in an effort to resolve the dispute without court action. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Protective Order (ECF No. 86) is **denied**.

. . .

**IT IS FURTHER ORDERED** that Defendant shall serve his responses to Plaintiff's written discovery requests, including interrogatories, requests for production, and requests for admission, to Plaintiff by **September 27, 2016**.

DATED this 14th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge