# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

vs.

CLARENCE MOSES WILLIS, *et al.*,

    Defendants.

Case No. 2:15-cv-02366-JCM-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Remove Attorney Krista J. Nielson, Esq. from the CM/ECF service list (ECF No. 142), filed on November 14, 2016.

    Plaintiff's counsel represents that Krista J. Nielson, Esq. is no longer associated with the law firm of Aldridge Pite, LLP and therefore requests that she be removed from the electronic service list. Plaintiff's counsel represents that Aldridge Pite, LLP will continue to represent Plaintiff. The movant substantially establishes good cause for the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remove Attorney Krista J. Nielson, Esq. from the CM/ECF service list (ECF No. 142) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Krista J. Nielson, Esq.

    DATED this 15th day of November, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge