Clarence M. Willis
2459 Christian Ave.
Redding, CA. 96002
In pro per



```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

         FEB 13 2017

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>            Plaintiff,<br><br>vs.<br><br>ERNEST C. ALDRIDGE; CLARENCE MOSES WILLIS; GERI L. MCKINNON; CREATIVE SOLUTIONS 4 U LLC; and DOES 1 through 20, inclusive,<br><br>            Defendants | Case No. 2:15-cv-02366-JCM-GWF<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS, PURSUANT TO LR IA 6-1 (b),      FIRST REQUEST** |

Defendant Clarence Moses Willis hereby respectfully moves this Court for an extension of time of ten (10) days to respond to Plaintiffs' Motion for Sanctions filed on January 26, 2017 (ECF.160). This is the first request for extension of time to file a response. Defendant has consulted with Counsel for Plaintiff who has not agreed to the extension requested herein. (see: Exhibit 1-attached)

In support of the motion, Defendant Willis states as follows:

1. On January 26 2017, Plaintiff filed their Motion for Sanctions in this case.

2. Under the Federal Rules of Civil Procedure, Defendants' response to the Motion would be due February 12, 2017 (a Sunday).

3. Counsel for Plaintiffs has not agreed to Defendants' request to enlarge the time for filing the response by ten (10) days, which would make the new deadline February 22, 2017.

4. The extension requested herein is for good cause and will not result in undue delay in the administration of this case. An enlargement of time for filing Defendants' response is necessary due to Defendants' medical treatment schedule.

5. Two other enlargement of time to file an Answer has been previously requested in this case (DKT. #'s 33 & 35). No dates have been set for a pre-trial conference or trial.

THEREFORE, Defendant Willis respectfully requests that the Court extend the time for responding to Plaintiffs' Motion for Sanctions to February 22, 2017.

DATED: February 13, 2017.

_____
Clarence M. Willis (in pro per)

### ORDER

The above application is ORDERED GRANTED; time to respond is extended to February 22, 2017.

"IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/15/2017