UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARENCE MOSES WILLIS, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-2366 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Federal National Mortgage Association v. Willis et al.*, case number 2:15-cv-02366-JCM-GWF.

On April 27, 2017, the court entered an order (ECF No. 202) adopting the magistrate judge's report and recommendation ("R&R") (ECF No. 190) in its entirety. In the April 27th order, the court ordered that *pro se* defendant Clarence Moses Willis' answer be stricken, that plaintiff's motion for sanctions be granted, and that default be entered against Willis for failing to provide discovery and for failing to comply with the court's orders. (ECF No. 190).

The clerk of the court entered default against Willis on May 17, 2017. (ECF No. 210). Thereafter, plaintiff filed a proposed order for default judgment. (ECF No. 208).

Upon review of the record and the proposed order, it appears that plaintiff's claims are not for sums certain. Thus, pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff "must apply to the court for a default judgment." Fed. R. Civ. P. 55(b)(2).

Therefore, plaintiff is instructed to file a motion for default judgment in accordance with the applicable local and federal rules.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED June 16, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**