# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

vs.

CLARENCE MOSES WILLIS, *et al.*,

    Defendants.

Case No. 2:15-cv-02366-JCM-GWF

**ORDER**

    This matter is before the Court on Defendant Ernest Aldridge's Motion for an Order Setting an Evidentiary Hearing on the Court's Jurisdiction (ECF No. 229), filed on July 7, 2017. Also before the Court is Defendant Aldrige's First Amended Motion for an Order Setting an Evidentiary Hearing on the Court's Jurisdiction (ECF No. 232), filed on July 21, 2017. Plaintiff filed its Response (ECF No. 236) on August 4, 2017. Defendant filed his Reply (ECF No. 239) on August 10, 2017.

    Defendant Aldridge requests a hearing for Plaintiff to present evidence of jurisdiction and argues that Plaintiff is an improper party to this matter. *See* ECF No. 232. Plaintiff argues that Defendant fails to provide a valid basis to support his contention and that the Court has already rejected his argument regarding jurisdiction. Defendant's motion lacks merit and is not supported by legal authority. Defendant fails to present credible evidence to support his conclusory arguments. Although pro se pleadings are broadly construed, even pro se litigants must comply with the Federal Rules of Civil Procedure. *Torres v. Deutsche Bank SG*, 2013 WL 1934946, at *1 (D. Nev. May 8, 2013) (citing *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir.1987)). The Court,

therefore, denies Defendant's motion for an evidentiary hearing. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Aldrige's Motion for an Order Setting an Evidentiary Hearing on the Court's Jurisdiction (ECF No. 229) is **denied**.

**IT IS FURTHER ORDERED** Defendant Aldrige's First Amended Motion for an Order Setting an Evidentiary Hearing on the Court's Jurisdiction (ECF No. 232) is **denied**.

DATED this 30th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge