WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 124487785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff/Defendant Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff,<br>vs.<br><br>CLARENCE MOSES WILLIS; ERNEST C. ALDRIDGE; GERI L. MCKINNON; CREATIVE SOLUTIONS 4 U LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02366-MMD-EJY<br><br>**ORDER PERMITTING PLAINTIFF TO PROCEED WITH EVICTION RE: THE HOMERIA PROPERTY**<br><br>*Consolidated with:* |
| ERNEST C. ALDRIDGE,<br><br>Plaintiff,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (Fannie Mae) a Corporation organized and existing under the laws of the United States of America, Jorge M. Luna, Irena Damianova, and DOES I THROUGH X,<br><br>Defendants. | Case No.: 2:21-cv-01816-MMD-EJY<br><br><br><br>Case No.: 2:21-cv-01913-MMD-EJY |
| ERNEST C. ALDRIDGE,<br><br>Plaintiff,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (Fannie Mae) a Corporation organized and existing under the laws of the United States of America, Clarence M. Willis and Thomas E. Willis, | |

|  |  |
|---|---|
| Defendants. | |
| ERNEST C. ALDRIDGE, | Case No.: 3:21-cv-00485-MMD-EJY |
| Plaintiff, | |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION (Fannie Mae), a corporation organized and existing under the laws of the Unites States of America, EIN 52-0883107 FEDERAL NATIONAL MORTGAGE ASSOCIATION its successors and assigns; CLARENCE M. WILLIS; DOES 1 through 10, | |
| Defendants. | |

During the show cause hearing on September 26, 2022, this Court ordered Defendant Ernest C. Aldridge ("Aldridge") to notify the tenant remaining in the real property located at 5373 Homeria Street, Las Vegas, NV 89113 ("Homeria Property") to vacate the Homeria Property within thirty (30) days from the date of the hearing. A minute order was entered on the same date reflecting this Court's order during the hearing. ECF No. 350.

On October 26, 2022, Plaintiff Federal National Mortgage Association ("Fannie Mae") filed a Status Report with the Court, advising that the Homeria Property continues to remain occupied with personal property present. ECF No. 355. During the continued show cause hearing on October 28, 2022, Mr. Aldridge confirmed that he had not advised the tenant to vacate the Homeria Property. Accordingly, Mr. Aldridge remains in contempt of court for his failure to comply with the Court's order. ECF No. 350.

Based on the representations of Fannie Mae's counsel during the continued show cause hearing on October 28, 2022, the Court enters the following order:

IT IS HEREBY ORDERED that Fannie Mae is granted leave of court to proceed with eviction proceedings regarding the Homeria Property.

IT IS FURTHER ORDERED that reasonable costs and attorney's fees shall be awarded to Fannie Mae and the Court directs Fannie Mae to file an affidavit reflecting such attorney's fees and costs incurred to proceed with eviction of the tenant at the Homeria Property.

  IT IS FURTHER ORDERED that Fannie Mae shall file a status report advising this Court on the progress of the eviction proceeding against the current tenant of the Homeria Property within 14 days from the continued show cause hearing on October 28, 2022.

  IT IS SO ORDERED.

  DATED: November 1, 2022

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 1st day of November, 2022, I did cause a true copy of **[PROPOSED] ORDER PERMITTING PLAINTIFF TO PROCEED WITH EVICTION RE: THE HOMERIA PROPERTY** to be filed and served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and/or by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Jared B. Jennings	jjennings@jfnvlaw.com, afulton@jfnvlaw.com, logan@jfnvlaw.com, nrichter@jfnvlaw.com, vickib@jfnvlaw.com
Laurel I. Handley	lhandley@aldridgepite.com, nvfilings@aldridgepite.com
Anthony R Sassi	 asassi@aldridgepite.com, nvfilings@aldridgepite.com

Ernest C. Aldridge
315 Vine St. #1
Fernley, NV 89408
armchrace@aol..com

Clarence M. Willis
c/o 2459 Christian Ave.
Redding, CA 96002
Majoralarm3010@aol.com

/s/ Tonya Sessions
An Employee of WRIGHT, FINLAY & ZAK, LLP