UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FED. NAT'L MORTG. ASS'N,<br><br>                    Plaintiff,<br>     v.<br>ERNEST C. ALDRIDGE, *et al.*,<br><br>                    Defendants. | Case No. 2:15-cv-02366-MMD-EJY<br><br>ORDER |

**I.   SUMMARY**

Plaintiff Federal National Mortgage Association ("Fannie Mae") filed this case to quiet title to nine properties it owns. (ECF No. 1.) Fannie Mae won (ECF No. 264 ("Judgment")), and the Ninth Circuit Court of Appeals affirmed (ECF No. 278). The Court refers to the pertinent properties herein as the Judgment Properties.[1] Defendants Ernest C. Aldridge and Clarence Moses Willis are, and have been, in contempt of Court. (ECF Nos. 294, 299, 320, 341, 350, 351, 358, 365, 381, 382.) This order awards certain costs and fees to Fannie Mae as one sanction for Aldridge and Wills' contemptuous conduct. (ECF No. 382 ("Vexatious Litigant Order") at 7-8.)

Fannie Mae filed an initial memorandum as to their fees and costs in response to the Vexatious Litigant Order (ECF No. 383), to which Aldridge and Willis did not respond, but the Court ordered Fannie Mae to file an updated version of their fees and costs memorandum because the Court was concerned Fannie Mae was seeking reimbursement for fees and costs incurred in connection with its motion to deem Aldridge and Willis vexatious litigants in contravention of the Court's Vexatious Litigant Order (ECF No. 387 ("Minute Order")). The Minute Order also gave Aldridge and Willis the opportunity to object to Fannie Mae's updated memorandum within 30 days of its filing. (*Id.*) Fannie

---

[1]They are listed in the Judgment. (ECF No. 264 at 2-3.)

Mae timely filed an updated memorandum in compliance with the Minute Order. (ECF No. 390.) There is no record on the docket indicating that Aldridge and Willis timely objected to Fannie Mae's updated memorandum. The Court therefore concludes Aldrige and Willis have no objection to it.

Having reviewed Fannie Mae's updated memorandum and its supporting documents (ECF Nos. 390, 390-1, 390-2), the Court finds that it complies with its pertinent prior orders in this case (ECF Nos. 382, 387), governing law, and Local Rule 54-14. The Court will accordingly award Fannie Mae the fees and costs it requests in its updated memorandum.

It is therefore ordered that the Court awards attorneys' fees in the amount of $10,572.50 and costs in the amount of $315.97 against Defendants Ernest C. Aldridge and Clarence Moses Willis for a total award of $10,888.47 to Fannie Mae.

The Clerk of Court is directed to enter an additional judgment accordingly that Fannie Mae may use in collection efforts against Aldridge and Willis.

It is further ordered that, as this order resolves the outstanding issue in this case, the Clerk of Court is directed to close this case.

DATED THIS 8th Day of December 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE